NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001083
05-SEP-2013
10:21 AM

NO. CAAP-12-0001083

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

BOARD OF DIRECTORS OF THE AOUO OF YACHT HARBOR TOWERS,
Plaintiff-Appellee,
v.
DARROW FAMILY PARTNERS, a Hawai'i Limited Partnership,
Defendant-Appellant
and
SFG INCOME FUND VI, LLC, a Washington Limited Liability Company,
Defendant-Appellee,
and
JOHN DOES 1-25, DOE CORPORATIONS 1-25,
DOE PARTNERSHIPS 1-25, and DOE ENTITIES1-25, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-0680)

ORDER APPROVING DEFENDANT-APPELLANT'S
AUGUST 23, 2013 STIPULATION FOR DISMISSAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal,

filed August 23, 2013, by Defendant-Appellant Darrow Family

Partners (Appellant), and the record, it appears that (1) the

stipulation is dated and signed by counsel for all parties to the appeal; (2) the parties seek dismissal of the appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b); and (3) Appellant has paid all costs and appellate court fees for this appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are denied as moot.

DATED: Honolulu, Hawaiʻi,  September 5, 2013.

Chief Judge

Associate Judge

Associate Judge